UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN EDWARDS                                                    Case No. 8:17-cv-691-T-SDM-JSS

        **Plaintiff,**

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

A Foreign Corporation,

        **Defendant.**

## NOTICE OF SETTLEMENT

The Plaintiff, JOHN EDWARDS, by and through undersigned counsel, hereby files this Notice of Settlement and hereby requests that this court enter a 60-day order dismissing the case without prejudice to enable the parties to complete the necessary settlement procedures.

**WHEREFORE,** Plaintiff files this Notice of Settlement.

        Respectfully Submitted,

        **/s/ William S. Coffman Jr.**
        William S. Coffman, Jr, Esquire
        Florida Bar Number 0188158
        **COFFMAN LAW**
        15436 N. Florida Avenue
        Suite 103
        Tampa, Florida 33613
        (813) 935-7030
        (813) 935-7277 fax
        erisa@benefitsdenied.com
        Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing will be furnished by CM/ECF

to:

Brooke Chastain Juan, Esquire
**QUINTAIROS, PRIETO, WOOD,**
**& BOYER, P.A.**
1410 Westshore Boulevard
Suite 200
Tampa, Florida 33607
(813) 286-8818
(813)286-9998  fax
bjuan@qpblaw.com
Trial Counsel for Defendant

this 11th day of August, 2017.

                                              **/s/ William S. Coffman Jr.**
                                              William S. Coffman, Jr, Esquire
                                              Florida Bar Number 0188158
                                              **COFFMAN LAW**
                                              15436 N. Florida Avenue
                                              Suite 103
                                              Tampa, Florida 33613
                                              (813) 935-7030
                                              (813) 935-7277 fax
                                              erisa@benefitsdenied.com
                                              Trial Counsel for Plaintiff