UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN EDWARDS,

    Plaintiff,

v.                                  CASE NO. 8:17-cv-691-T-23JSS

PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

    Defendant.
_____/

## **ORDER**

In accord with the parties' stipulation (Doc. 15), this action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on September 13, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE